MORGAN, LEWIS & BOCKIUS LLP
Max Fischer, Bar No. 226003
max.fischer@morganlewis.com
Megan McDonough, Bar No. 317402
megan.mcdonough@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
CHARTER COMMUNICATIONS, LLC

PETRONELLI LAW GROUP, PC
Christian J. Petronelli, SBN 284522
christian@petronellilaw.com
Dayna C. Carter, SBN 253629
dayna@petronellilaw.com
295 Redondo Avenue, Suite 201
Long Beach, CA 90803
Tel:  +1.888.855.3670
Fax:  +1.888.449.9675

Attorneys for PLAINTIFF
MARTIN CASTORENA AND
EMMANUEL SANCHEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CASTORENA and EMMANUEL SANCHEZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, Delaware limited liability company doing business in California; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:18-cv-07981-JFW-KS<br><br>Hon. John F. Walter<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1      Plaintiffs Martin Castorena and Emmanuel Sanchez ("Plaintiffs") and Defendant Charter Communications, LLC ("Defendant") (collectively hereinafter the "Parties") hereby file this Joint Stipulation for Dismissal with prejudice and stipulate as follows:

     WHEREAS, on December 14, 2018, this Court granted Defendant's Motion to Compel Arbitration and ordered that this matter be administratively closed and stayed pending the outcome of arbitration;

     WHEREAS, the Parties thereafter commenced individual arbitration of Plaintiffs' claims pursuant to the applicable arbitration agreement;

     WHEREAS, the Parties have reached an agreement to entirely resolve Plaintiffs' claims and both arbitration proceedings have been dismissed with prejudice;

     NOW, THEREFORE, Plaintiffs and Defendant agree that the above-captioned matter and be dismissed with prejudice, each side to bear its own fees and costs.

     **IT IS SO STIPULATED.**

Dated: January 15, 2021          MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Megan McDonough*
     Max Fischer
     Aimee Mackay
     Megan McDonough
     Attorneys for Defendant
     CHARTER COMMUNICATIONS, LLC

| | | |
|---|---|---|
| 1 | Dated: January 15, 2021 | PETRONELLI LAW GROUP, PC |
| 2 | | |
| 3 | | By: */s/ Christian J. Petronelli* |
| 4 | | Christian J. Petronelli<br>Attorney for Plaintiffs |
| 5 | | MARTIN CASTORENA and<br>EMMANUEL SANCHEZ |

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 15, 2021                    MORGAN, LEWIS & BOCKIUS LLP


By: */s/ Megan McDonough*
Max Fischer
Aimee Mackay
Megan McDonough
Attorneys for Defendant
CHARTER COMMUNICATIONS, LLC